Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−12281−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tammi L. Spinelli
   49 Atlantic Dr.
   Brick, NJ 08723

Social Security No.:
   xxx−xx−4790

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 15, 2023.

Dated: June 15, 2023
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12281-CMG |
| Tammi L. Spinelli | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 15, 2023 | Form ID: plncf13 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammi L. Spinelli, 49 Atlantic Dr., Brick, NJ 08723-7501 |
| 519867441 | + | Guy Anthony Zarrilli, 186 Mantoloking Rd., Brick, NJ 08723-5888 |
| 519867452 | + | Waterfall Revenue Group, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2023 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2023 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519898060 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2023 21:15:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519867430 | + | Email/PDF: bncnotices@becket-lee.com | Jun 15 2023 21:26:58 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519867432 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2023 21:11:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519875413 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2023 21:11:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519867433 | | Email/Text: bankruptcy@cavps.com | Jun 15 2023 21:13:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 519868664 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2023 21:13:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519867435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2023 21:15:54 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519867436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2023 21:15:39 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519867437 | + | Email/Text: bncnotifications@pheaa.org | Jun 15 2023 21:12:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519878234 | | Email/Text: mrdiscen@discover.com | Jun 15 2023 21:11:00 | Discover Bank/Discover Products Inc, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519867439 | + | Email/Text: mrdiscen@discover.com | Jun 15 2023 21:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519867440 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 15 2023 21:12:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519931325 | ^ | MEBN | Jun 15 2023 21:07:37 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 519867442 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 15 2023 21:13:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519867434 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2023 21:15:35 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519872180 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 21:15:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519867443 | | Email/Text: camanagement@mtb.com | Jun 15 2023 21:12:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519906532 | | Email/Text: camanagement@mtb.com | Jun 15 2023 21:12:00 | M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810 |
| 519890633 | | Email/Text: camanagement@mtb.com | Jun 15 2023 21:12:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519898925 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2023 21:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519910280 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2023 21:16:16 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519867445 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 21:27:10 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519867558 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2023 21:15:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519867446 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2023 21:15:39 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519867447 | + | Email/Text: documentfiling@lciinc.com | Jun 15 2023 21:11:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519867449 | ^ | MEBN | Jun 15 2023 21:05:36 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519867451 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Jun 15 2023 21:12:00 | Waterfall Revenue Group, Attn: Bankruptcy, 2297 State Highway 33, Suite 906, Hamilton Square, NJ 08690-1717 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519898061 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519867431 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519867438 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519867444 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519867448 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519867450 | *+ | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jun 15, 2023 | Form ID: plncf13 | Total Noticed: 32

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Brian C. Nicholas
on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

David A. Semanchik
on behalf of Debtor Tammi L. Spinelli info@semanchiklaw.com

Denise E. Carlon
on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5