Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−12281−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tammi L. Spinelli
   49 Atlantic Dr.
   Brick, NJ 08723

Social Security No.:
   xxx−xx−4790

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 27, 2023.

Dated: September 27, 2023
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 23-12281-CMG
Tammi L. Spinelli            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 3
Date Rcvd: Sep 27, 2023     Form ID: plncf13   Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammi L. Spinelli, 49 Atlantic Dr., Brick, NJ 08723-7501 |
| 519867441 | + | Guy Anthony Zarrilli, 186 Mantoloking Rd., Brick, NJ 08723-5888 |
| 519867452 | + | Waterfall Revenue Group, 101 Grovers Mill Road, Lawrenceville, NJ 08648-4706 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519898060 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 21:03:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519867430 | + | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 21:03:05 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519867432 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 27 2023 20:57:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519875413 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 27 2023 20:57:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519867433 | | Email/Text: bankruptcy@cavps.com | Sep 27 2023 20:59:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 519868664 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2023 20:59:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519867435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 21:03:21 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519867436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2023 21:03:05 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519867437 | + | Email/Text: bncnotifications@pheaa.org | Sep 27 2023 20:58:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519878234 | | Email/Text: mrdiscen@discover.com | Sep 27 2023 20:58:00 | Discover Bank/Discover Products Inc, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519867439 | + | Email/Text: mrdiscen@discover.com | Sep 27 2023 20:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519867440 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 27 2023 20:58:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519931325 | ^ | MEBN | Sep 27 2023 20:48:10 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 519867442 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 27 2023 20:59:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 519867434 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2023 21:03:44 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519872180 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 21:03:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519867443 | | Email/Text: camanagement@mtb.com | Sep 27 2023 20:58:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519906532 | | Email/Text: camanagement@mtb.com | Sep 27 2023 20:58:00 | M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810 |
| 519890633 | | Email/Text: camanagement@mtb.com | Sep 27 2023 20:58:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519898925 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2023 20:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519910280 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2023 21:14:04 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519867445 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 21:03:44 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519867558 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 21:03:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519867446 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2023 21:03:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519867447 | + | Email/Text: documentfiling@lciinc.com | Sep 27 2023 20:57:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519867449 | ^ | MEBN | Sep 27 2023 20:47:33 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519867451 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Sep 27 2023 20:58:00 | Waterfall Revenue Group, Attn: Bankruptcy, 2297 State Highway 33, Suite 906, Hamilton Square, NJ 08690-1717 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519898061 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519867431 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519867438 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519867444 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519867448 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519867450 | *+ | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 23-12281-CMG    Doc 23    Filed 09/29/23    Entered 09/30/23 00:15:56    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: plncf13 | Total Noticed: 32 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| David A. Semanchik | on behalf of Debtor Tammi L. Spinelli info@semanchiklaw.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5